IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EDWARD CLOSE,**

    **Petitioner,**

    v.                       **CASE NO. 2:05-cv-722**
                                  **JUDGE MARBLEY**
**MARK SAUNDERS,**             **MAGISTRATE JUDGE KEMP**

    **Respondent.**

## OPINION AND ORDER

On March 3, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant habeas corpus petition be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 12. Petitioner specifically objects to the Magistrate Judge's conclusion that his claim of ineffective assistance of counsel is without merit. Petitioner again raises all of the arguments that were previously raised.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

                                                              **s/Algenon L. Marbley**
                                                               ALGENON L. MARBLEY
                                                               United States District Judge